# United States Court of Appeals
## For the First Circuit

No. 16-1579

UNITED STATES

Appellee

v.

ROBERT H. BRAY

Defendant - Appellant

**MANDATE**

Entered: March 30, 2017

    In accordance with the judgment of February 24, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Dina Michael Chaitowitz
Eric Paul Christofferson
Jonathan Ference-Burke
Mark Christopher Fleming
Justin Florence
Stephen Emanuel Frank
Aaron M. Katz
Joseph W. Monahan III
Alan Evan Schoenfeld
Emily Ruth Schulman
Daniel Winik