## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 14-cr-10356-WGY |
| ) | |
| ROBERT H. BRAY ) | |

### DEFENDANT ROBERT H. BRAY'S EMERGENCY MOTION
### TO EXTEND HIS SELF-SURRENDER DATE

Defendant Robert H. Bray, by undersigned counsel and respectfully moves this Honorable Court to grant him an additional 21 days to self-surrender to Bureau of Prisons- Ft. Devens. As grounds, therefore, the Defendants states the following:

1. Presently the Defendant is scheduled to self-surrender at B.O.P-Ft. Devens on May 19, 2017. See docket #119.

2. The Defendant reported on May 18, 2017, to undersigned counsel that he had been admitted to the Mt. Auburn Hospital Emergency Room for bleeding from veins in his lower leg. See attached hospital report.

3. Per the discharge instructions, the Defendant followed up with his primary care physician, Dr. Stephen Ranere on May 18, 2017. Dr. Ranere examined the Defendant's leg and determined "it was sudden onset bleeding caused by a rupture in a lower leg varicose vein." See attached letter from Dr. Ranere.

4. Dr. Ranere's recommendation is that the Defendant follows up with a vascular surgeon for further examination and diagnosis. Id.

5. Presently, the Defendant is 78 years old and suffers from various health issues that are commensurate with his age. See docket #87.

Based on the foregoing serious health concerns, the Defendant respectfully requests that the Court grant his emergency motion and delay the time the Defendant is required to self-surrender for an additional 21 days.

>Respectfully Submitted
>for the Defendant
>Robert Bray,
>
>/s/ Joseph W. Monahan
>JOSEPH W. MONAHAN, III
>mplaw@verizon.net
>Monahan & Padellaro
>92 High Steet, Suite T-2A
>Medford, MA  02155
>BBO# 351100
>(TEL) (781) 393-5500

Date: May 19, 2017

### CERTIFICATE OF SERVICE

I, Joseph W. Monahan, III, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

>/s/ Joseph W. Monahan
>JOSEPH W. MONHAHAN, III

Dated: May 19, 2017



# Mount Auburn Hospital Emergency Department
330 Mount Auburn Street  Cambridge MA  02238
Discharge Instructions - Date of service:    5/17/2017

MOUNT AUBURN HOSPITAL

| Last Name | First Name | Unit No. | Financial No. |
|---|---|---|---|
| BRAY | ROBERT | 0000040291 | 96114137 |

We thank you for choosing Mount Auburn Hospital for your healthcare needs. Please stop at the reception desk to complete the check-out process; if you left your insurance card, remember to pick it up as you leave.

You were evaluated and treated primarily by the Physician Assistant. The supervising Attending Physician also saw and evaluated you. Your symptoms, physical examination, diagnosis and treatment plan were all extensively reviewed by the supervising Attending Physician. **If you have any questions for the Attending Physician, please feel free to ask before you are discharged.**

### YOUR DIAGNOSIS/DIAGNOSES:
Bleeding of lower leg varicose vein

### WHAT YOU SHOULD DO:
You were seen in the Emergency Department for bleeding from most likely a varicose vein of your lower leg. This was treated with skin adhesive, gauze and ace wrap. Bleeding is controlled. Please keep Ace wrap with bandage on until tomorrow morning. Avoid strenuous activity. Elevate leg at home

Please follow up with your primary care provider in 1 week.

Return for numbness, tingling, foot turns blue, rebleeding, you pass out or any new or concerning symptoms.
One of your blood pressure readings fell into a range called "Pre-Hypertensive", a level that can sometimes progress to true "Hypertension" - high blood pressure. We recommend that you have your blood pressure rechecked at least one time within the next year to be sure it has not gotten higher. Your BP value/s on this visit: 126/63

### FOLLOW UP WITH:
Please follow up with:  Stephen P. Ranere M.D. 725 Concord Avenue    Cambridge Tel : 617-864-8822

### YOUR CARE PROVIDER/S INCLUDED:
James Cabral PAColin Devonshire MD, and Janine F  RN.

Follow Up and Instruction Sheet Reviewed.    Date:                                Time Of Discharge :

Patient's Signature _____    Provider's Signature _____  Reviewed by _____
5/17/2017 8:17:14 PM                              Discharge Instructions Page 1

Form 356-DMR, Rev. 12/99, Meditech Generated (Shell Avaliable Dept.)

# Mount Auburn Hospital Emergency Department
330 Mount Auburn Street  Cambridge MA  02238



MOUNT AUBURN
HOSPITAL

| Last Name | First Name | Unit No. | Financial No. |
|---|---|---|---|
| BRAY | ROBERT | 0000040291 | 96114137 |

## To All Patients with Medicare or Managed Senior Care - A Notice of Your Rights

In Massachusetts the law protects Medicare/Managed Senior Care patients from discrimination. Medicare/Managed Senior Care patients must receive hospital care when they need it and be treated the same as non-Medicare patients. Hospitals may not:

- Deny admission when hospital care is needed; or
- Inappropriately delay admission to the hospital

You as a Medicare/Managed Senior Care patient are entitled to receive hospital care regardless of the cost of treatment or the seriousness of your illness. Hospitals may not discriminate based upon your DRG (Diagnosis Related Group) classification, any average length of stay, or any other criteria that are not applied equally to other patients with comparable medical needs.

If you do not need inpatient hospital care, but need assistance with post emergency department care, the hospital must give you a written discharge plan. The plan should explain the arrangements that the hospital has made for your post hospital care. The plan also should include any instruction that the hospital has given you about your follow up care or care at home. When you receive your written discharge plan you will be asked to sign this notice to indicate that you have received your discharge plan and participated in its development.

If you do not agree with your discharge plan tell your emergency department doctor, nurse or discharge planner. The doctor and the nurse, or other staff member who is responsible for discharge planning must meet with you to attempt to develop a plan that is acceptable.

If you as a Medicare/Managed Senior Care patient believe that you have been discriminated against or if you want your discharge plan reviewed, contact the:

ADVOCACY OFFICE
Department of Public Health • Division of Health Care Quality
10 West Street, 5th floor
Boston, MA 02111
by calling (617) 753-8150 (Monday - Friday, 9 a.m. - 5 p.m.)
After 5 p.m. and weekends call 1-800-462-5540 and leave a message.

I have received my written discharge plan and I acknowledge that I have participated in its development.

Your primary discharge diagnosis is:   Bleeding of lower leg varicose vein

Follow Up and Instruction Sheet Reviewed.   Date:                Time Of Discharge :

Patient's Signature _____                               Reviewed by _____

Form 356-DMR, Rev. 12/99, Meditech Generated (Shell Avaliable Dept.)

**Belmont Medical Associates**
725 Concord Avenue • Suite 4100 • Cambridge, MA 02138
Telephone (617) 864-8822 • Facsimile (617) 547-5367

*Internal Medicine*

*Stephen P. Ranere, M.D.*
*A.Donald Shushan, M.D*
*Edward M. Kowaloff, M.D.*
*Virginia H. Palazzo, M.D.*
*Catherine M. Mintzer, M.D.*
*Trevor H. Kaye, M.D.*
*Callie M. Taffe, M.D.*
*Deneen Pelletier, M.D.*
*Olga V. Minkoff, M.D.*
*Joycelyn A. Datu,, M.D.*
*Gabriel Szentpaly, M.D.*
*Christine Engle, N.P.*
*Krystal Babalas, N.P.*
*Anna Ost, N.P.*

*Endocrinology*

*Edward M. Kowaloff, M.D.*
*Christine McLaughlin, M.D.*

*Gastroenterology*

*Rodrigo Tirado, M.D.*

*Dermatology*

*Kay Kane, M.D.*
*Fern A. Wirth, M.D.*
*Ma Katrina Dy, M.D.*

*Podiatry*

*Edward J. Mostone, D.P.M.*

*Gynecology*

*Marjorie A. Green, M.D.*

*Neurology*

*Amy Kahn, M.D.*

*Chiropractic*

*John J. Danchik, D.C.*
*Douglas Davison, D.C.*

*Ophthalmology*

*Charles A. Barsam, M.D.*

18. May. 2017

RE: Robert Bray

To Whom It May Concern:

Robert Bray is a patient of mine. He was evaluated today after being seen at the Mount Auburn Hospital Emergency Room on 5/17/2017.

Mr. Bray went to the emergency room yesterday due to a sudden onset of bleedi his lower leg. There was no acute injury.

He was evaluated in the emergency room; the diagnosis was rupture of lower leg varicose vein. It was packed and then wrapped with an ACE Bandage.

The recommendation at this time is that he be seen by the vascular surgeon.

Any questions please feel free to contact my office.

Sincerely,

Stephen P. Ranere, MD
lb/SPR