UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>ROBERT H. BRAY      )<br>_____) | Docket No. 14-cr-10356-WGY |

**DEFENDANT ROBERT H. BRAY'S EMERGENCY MOTION
TO EXTEND HIS SELF-SURRENDER DATE**

Defendant Robert H. Bray, by undersigned counsel and respectfully moves this Honorable Court to grant him an additional 21 days to self-surrender to Bureau of Prisons- Ft. Devens. As grounds, therefore, the Defendants states the following:

1. Presently the Defendant is scheduled to self-surrender at B.O.P-Ft. Devens on May 19, 2017. See docket #119.

2. The Defendant reported on May 18, 2017, to undersigned counsel that he had been admitted to the Mt. Auburn Hospital Emergency Room for bleeding from veins in his lower leg. See attached hospital report.

3. Per the discharge instructions, the Defendant followed up with his primary care physician, Dr. Stephen Ranere on May 18, 2017. Dr. Ranere examined the Defendant's leg and determined "it was sudden onset bleeding caused by a rupture in a lower leg varicose vein." See attached letter from Dr. Ranere.

4. Dr. Ranere's recommendation is that the Defendant follows up with a vascular surgeon for further examination and diagnosis. Id.

May 19, 2017
YOUNG D.J.
   MOTION DENIED

_William A. Young_
U.S. District Judge

Page 1 of 2