AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:14-cr-10356-WGY |
| | ) |
| ROBERT H. BRAY | ) |
| *Defendant* | ) |

*RECEIVED*
*2017 MAY 22 AM 9 48*
*U.S. MARSHALS SERVICE*
*BOSTON, MA*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Robert H. Bray,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice       ☑ Order of the Court

This offense is briefly described as follows:

Bench warrant issued for failure to appear at place of confinement in accordance with Order entered 4/5/2017 extending self-surrender date to Friday, May 19, 2017.

Date: 05/22/2017

*Issuing officer's signature*

City and state:   Boston, MA                    Jennifer Gaudet, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/11/2017

*Arresting officer's signature*

*Printed name and title*